

FILED
IN OPEN COURT

NOV 10 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARON MECCO "FROG" WEST,<br><br>Defendant. | Case No. 1:22cr154 |

## STATEMENT OF FACTS

The United States and the defendant, LARON MECCO "FROG" WEST (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least in or about May 2015 through at least in or about August 2020, in the Eastern District of Virginia and elsewhere, the defendant did knowingly and unlawfully conspire with Anthony "Monte" Gaines, Carlos Harvey, Rodriguez Norman, and others, including individuals known as "Abstract", "Big Head", and "Deep in the Game", to commit the following offenses:

    a. To sponsor and exhibit dogs in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(a), and Title 18, United States Code, Section 49(a);

    b. To sell, buy, possess, train, transport, deliver, and receive dogs for purposes of having the dogs participate in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Section 49(a); and

    c. To use instrumentalities of interstate commerce for commercial speech for purposes of advertising animals for use in animal fighting ventures, promoting and in other manners furthering animal fighting ventures, in violation

1

of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Section 49(a).

2. From at least in and around May 2015 through at least in and around August 2020, LARON MECCO "FROG" WEST ("Get Sick") and his conspirators created and used on the Telegram app private groups they generally referred to as "The DMV Board" or "The Board" as places where they and their associates could discuss training fighting dogs, exchange videos about dogfighting, and arrange and coordinate dog fights, away from the view of law enforcement authorities. The defendant and members of The DMV Board also used the Telegram app private groups to compare methods of killing dogs that lost fights, as well as to circulate media reports about dogfighters who had been caught by law enforcement, and discuss methods to minimize the likelihood that they would be caught themselves.

3. On or about October 2015, another conspirator herein referred to as "RT" told Anthony "Monte" Gaines that LARON MECCO "FROG" WEST purchased two fighting dogs from RT, including one who lost "game" and "scratched dead" after a fight that lasted one hour and 37 minutes.

4. In a phone conversation on or about October 19, 2015, LARON MECCO "FROG" WEST told unindicted conspirator Anthony "Monte" Gaines that WEST was supplying fighting dogs to RT.

5. On or about June 20, 2017, LARON MECCO "FROG" WEST ("Get Sick") posted on a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" that "we kill" fighting dogs that quit.

6. On or about June 23, 2017, LARON MECCO "FROG" WEST ("Get Sick") posted on a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" an offer of $2000 for a fight with a 36-pound female or a 41-pound male dog.

2

7. In a phone conversation on or about August 20, 2017, LARON MECCO "FROG" WEST told unindicted conspirator Rodriguez Norman ("Tough Love") that WEST had failed in an attempt to purchase a particular fighting dog because, after WEST asked the seller to show WEST the dog in a dog fight, the dog fought so well that the seller raised the price more than the original amount that WEST had agreed to pay.

8. On or about January 2, 2018, LARON MECCO "FROG" WEST posted to an on-line website tracking pedigrees of fighting dogs a page with a photo and information for his dog "GET SICK'S H.I.V.", characterizing the dog as the offspring of "Tough Love's Big Bruiser 1XW". LARON MECCO "FROG" WEST knew "Tough Love" to be the kennel name of Rodriguez Norman.

9. On or about March 10, 2018, LARON MECCO "FROG" WEST drove conspirator CW to a warehouse on South 35th Street in Philadelphia, Pennsylvania, where CW entered his dog into a dogfight attended by dozens of people.

10. On or about August 8, 2018, LARON MECCO "FROG" WEST posted to his Facebook account the following message to convince conspirators that neither he nor CW were cooperating with authorities as a result of the arrest of CW at the dogfight in Philadelphia on March 10, 2018:

> Fellas hear me out on this!!! It's a lot people saying a lot of bullshit about Get Sick and Never say Never, let me assure y'all that GS and NSN are not HOT and aren't setting anybody up, the crazy part about it, is it's coming from niggas in our own area that supposedly be dogman. Facts, yes we ran into some shit in Philadelphia in which 14 people got caught out of 60! Facts, we both was cool with Tough Love but had no idea about his side hustles, Facts, we both knew ROC9 but we look at him as a good dude and competition, I(GS) even keep dogs down his yard and also gave ROC9 over 5 dogs! Facts, Get Sick and Never Say Never would never snitch on a fellow dogman or anybody! So before y'all hear this BULLSHIT from anybody else, just know we good for sure!!!!!!!!!!!

3

11. On or about August 30, 2018, after Carlos Harvey obtained a new phone to replace the one seized from him by law enforcement, LARON MECCO "FROG" WEST approved Harvey to rejoin the private Telegram group generally referenced as "The DMV Board" or "The Board" through Harvey's new phone number.

12. In a phone conversation on or about September 2, 2018, LARON MECCO "FROG" WEST discussed with Carlos Harvey a dogfight about which WEST had just learned.

13. On or about October 16, 2018, LARON MECCO "FROG" WEST ("Get Sick") notified a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" that he was seeking fights for three male dogs weighing between 41 and 45 pounds.

14. On or about October 17, 2018, LARON MECCO "FROG" WEST ("Get Sick") notified a private group on the Telegram app generally referenced as "The DMV Board" or "The Board" that dogs that failed to fight aggressively enough had been killed. According to WEST:

> I love to throw the motherfuckers over the bridge into the water. But, uh, nah, you know, he lived too far. I ain't want to ride the motherfucking mutt with me just to throw it to the bridge. If they was closer, I would've went to the bridge and throw me over that mother fucker for sure.

15. In and about December 2018, LARON MECCO "FROG" WEST possessed in his iCloud account a file bearing the mark "DO NOT SHARE Tough Love" and containing the narrative of a fight in which a dog known as Tough Love's Bruiser defeated a one-time winner known as Hands Down Bulldog's King in 28 minutes, and the narrative of another fight in which a dog known as Never Say Never's Fish Grease defeated a two-time winner known as Cream of the Crop's Mobetta in 38 minutes.

16. In and about December 2018, LARON MECCO "FROG" WEST possessed in his iCloud account a pedigree from apbt.online-pedigrees.com for a dog known as Darkside Macho Redzz.

17. In and about December 2018, LARON MECCO "FROG" WEST possessed in his iCloud account a pedigree from apbt.online-pedigrees.com for a dog known as Up&Coming's Purge, represented to be the offspring of Never Say Never's Up & Coming's Big Boy aka Zeke 2xw-1xl.

18. On or about January 19, 2019, at approximately 11:10 p.m., LARON MECCO "FROG" WEST ("Get Sick") asked members of the private group on the Telegram app generally referenced as "The DMV Board" or "The Board" whether the fight involving a dog belonging to a conspirator referenced here as "TW" was yet over.

19. In a phone conversation on or about February 3, 2019, LARON MECCO "FROG" WEST ("Get Sick") told Carlos Harvey that WEST was trying to obtain a new 39- or 40-pound dog to enter into a fight in June 2019.

20. In a phone conversation on or about May 28, 2019, LARON MECCO "FROG" WEST told Carlos Harvey of his attempt to schedule a dog fight with an individual who kept changing the timing of the fight.

21. On or about July 23, 2019, LARON MECCO "FROG" WEST put his dog "Lil Charlie" on a treadmill at the house of RT in Camp Springs, Maryland, as part of what WEST told Harvey was preparation for a dog fight in Delaware on August 3, 2019.

22. In a phone conversation on or about July 24, 2019, LARON MECCO "FROG" WEST told Carlos Harvey how WEST has his fighting dogs on steroids.

23. In and about January 2020, pedigrees posted on the website located at apbt.online-pedigrees.com included Get Sick' HIV, Get Sick's Ernie, Get Sick's Ghost, Get Sick's Black Boy Carl, Get Sick's Carl Baby, Get Sick's Miguel Tejada, Get Sick's Disaster Recovery, Get

Sick's Lil Bill, Get Sick's Red Wine, Get Sick's Scarlett Fever, Get Sick's Cody 2xw, Get Sick's Tiny Tim, Get Sick's Lil Rag, and Get Sick's China.

24. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

25. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: November 9, 2022     By: _____
Gordon D. Kromberg
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, LARON MECCO "FROG" WEST, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
LARON MECCO "FROG" WEST

I am Dwight Crawley, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Dwight Crawley
Attorney for LARON MECCO "FROG" WEST

7